JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE MANFREDI, | Case No. 1:20-cv-01370-EPG |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| vs. | (ECF No. 15) |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from October 15, 2021 to November 15, 2021, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's second request for an extension of time.  Good cause exists for this request.

Counsel has recently received a greater number of Answers and Certified Administrative Records from defendant in cases in this district, and the three other California Districts, each of which require settlement negotiations or merit briefing.  Counsel has a greater than usual number

1

of merit briefs due in October 2021.  Counsel has 28 merit briefs due in October 2021, in addition to several settlement proposal and reply briefs.  Counsel also has an administrative hearing calendar in excess of 30 cases for the month of October 2021.

  Thus, Counsel is requesting an extension until November 15, 2021 to accommodate the number of cases due in October 2021.  Also, Counsel is in the process of increasing support staff to accommodate the increase in the number of cases at the briefing stage.

  Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

         Respectfully submitted,

Dated: October 12, 2021   PENA & BROMBERG, ATTORNEYS AT LAW


        By: */s/ Jonathan Omar Pena*
          JONATHAN OMAR PENA
          Attorneys for Plaintiff


Dated: October 12, 2021   PHILLIP A. TALBERT
           Acting United States Attorney
           DEBORAH LEE STACHEL
           Regional Chief Counsel, Region IX
           Social Security Administration


        By: **/s/ Marcelo N. Illarmo*
          Marcelo N. Illarmo
          Special Assistant United States Attorney
          Attorneys for Defendant
          (*As authorized by email on October 12, 2021)

**ORDER**

Based on the above stipulation (ECF No. 15), IT IS ORDERED that Plaintiff shall file Plaintiff's opening brief no later than November 15, 2021. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **October 13, 2021**              /s/ *Erica P. Grosjean*
                                           UNITED STATES MAGISTRATE JUDGE