JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| Monique   Manfredi,<br><br>            Plaintiff,<br><br>      vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>            Defendant. | Case No. 1:20-cv-01370-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

   IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 10-day extension of time, from December 30, 2021 to January 10, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S REPLY BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

   This is Plaintiff's third request for an extension of time.  Good cause exists for this extension.  Counsel has recently received a greater number of Answers and Certified Administrative Records from defendant in cases in this district, and the three other California

Districts, each of which require settlement negotiations or merit briefing. Counsel has a greater than usual number of merit briefs due in January 2021. In the Eastern District of California alone, Counsel received 47 Certified Administrative Records in November 2021.

For the week of December 27, 2021 Counsel had one merit brief and several EAJA Motions. As to merit briefs, for the week of January 3, 2022, Counsel has eight merit briefs, numerous reply briefs, and EAJA Motions. Counsel also has seven administrative hearings before the Office of Hearing Operations for Social Security.

Due to Counsel's attempt to spread out the significant increase of briefs due for prior months, in the month of January 2022, Plaintiff's Counsel has well over 25 merit briefs.

In addition, Counsel is responsible for reviewing Appeals Council ("AC") denials for possible filing in US District Court. Counsel has received an unusual and ever-increasing number of AC denials which require a review for possible filing in US District Court. The AC has also recently denied our extension requests at the administrative level to allow more time to review those files. Therefore, Counsel is unable to push out any of the AC denials which are dated within 65 days.

Due to the increase in certified administrative records being filed by defendant, Counsel for Plaintiff has a larger than usual number of briefs due for the month of January 2022.

Counsel for the Plaintiff does not intend to further delay this matter. Counsel for Plaintiff attempted to obtain Defendant's position on this motion but did not receive a response. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: December 31, 2021     PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

Dated: December 31, 2021    PHILLIP A. TALBERT
                                        United States Attorney
                                        PETER K. THOMPSON
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                              By:  *_/s/ Marcelo N. Illarmo_
                                        Marcelo N. Illarmo
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant
                                        (*As authorized by email on December 31, 2021)

**ORDER**

Pursuant to the parties' stipulation (ECF No. 19), IT IS HEREBY ORDERED that Plaintiff shall file a Reply Brief by January 10, 2022.

IT IS SO ORDERED.

Dated: **January 3, 2022** /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE