1
2
3
4
5
6
7

Jonathan O. Peña, Esq.
CA Bar ID No.: 278044
Peña & Bromberg, PLC
2440 Tulare St., Ste. 320
Fresno, CA 93721
Telephone: 559-439-9700
Facsimile: 559-439-9723
Email: info@jonathanpena.com
Attorney for Plaintiff, Monique Manfredi

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

8
9
10
11
12
13
14
15
16

| | |
|---|---|
| Monique Manfredi,<br><br>      Plaintiff,<br><br>      v.<br><br>Kilolo Kijakazi, Acting Commissioner of<br>Social Security,<br><br>      Defendant. | Case No.  1:20-cv-01370-EPG<br><br>**STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT; ORDER** |

17
18
19
20
21
22

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount of SIX THOUSAND DOLLARS AND 00/100  ($6,000.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

23
24
25
26
27
28

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

1   Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that

2   Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses

3   and costs to be made directly to Counsel, pursuant to the assignment executed by Plaintiff.  Any

4   payments made shall be delivered to Plaintiff's counsel, Jonathan O. Peña.

5   This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney

6   fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or

7   otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any

8   and all claims that Plaintiff and/or Counsel including Counsel's firm may have relating to EAJA

9   attorney fees in connection with this action.

10   This award is without prejudice to the rights of Counsel and/or Counsel's firm to seek Social

11   Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the

12   EAJA.

13                                          Respectfully submitted,

14

15   Dated: June 22, 2022                    /s/ *Jonathan O. Peña*
                                             JONATHAN O. PEÑA
16                                           Attorney for Plaintiff

17

18   Dated: June 22, 2022            PHILLIP A. TALBERT
                                     United States Attorney
19                                   PETER K. THOMPSON
                                     Acting Regional Chief Counsel, Region IX
20                                   Social Security Administration

21                             By:   _*_*Marcelo N. Illarmo*
                                     Marcelo N. Illarmo
22                                   Special Assistant U.S. Attorney
                                     Attorneys for Defendant
23                                   (*Permission to use electronic signature
24                             obtained via email on June 22, 2022).

25

26

27

28

                                          -2-

**ORDER**

Based on the parties' stipulation (ECF No. 27), IT IS HEREBY ORDERED that attorneys' fees and expenses in the amount of $6,000.00 are awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated:   **June 23, 2022**                      /s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE